1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  TRAVELERS CASUALTY AND SURETY      )   Case No. 2:08-CV-02715 JAM-JFM
    COMPANY OF AMERICA,                )
12                                     )      TEMPORARY PROTECTIVE ORDER
                      Plaintiff,       )
13                                     )
          v.                           )
14                                     )
    NATOMA VALLEY RIDGE, LLC, a        )
15  California limited liability       )
    company; GSJ COMPANY, LLC dba      )
16  DUNMORE COMMUNITIES, a             )
    California limited liability       )
17  company; GRANT AVENUE, LLC, a      )
    California limited liability       )
18  company; CREEKSIDE 18, LLC, a      )
    California limited liability       )
19  company; JEREMY A. DUNMORE, an     )
    individual; SIDNEY D. DUNMORE,     )
20  an individual; RUTH DUNMORE, an    )
    individual; CHADY EVETTE           )
21  DUNMORE, an individual; THOMAS     )
    E. MARTIN, an individual; DIANE    )
22  CAROL MARTIN, an individual;       )
    STEPHEN K. PARKINSON, an           )
23  individual; SUSAN C. PARKINSON,    )
    an individual; GSJ COMPANY, LLC    )
24  dba DUNMORE COMMUNITIES, as        )
    trustee, for THE DUNMORE FAMILY    )
25  TRUST dated February 24, 1977,     )
    as amended; RUTH DUNMORE, as       )
26  trustee, for THE DUNMORE FAMILY    )
    TRUST dated February 24, 1977,     )
27  as amended; WESTERN SIERRA         )
    NATIONAL BANK, a California        )
28  corporation; WESTERN SIERRA        )
    BANCORP, a California              )

                                  1

1  corporation; UMPQUA HOLDINGS      )
   CORPORATION, an Oregon            )
2  corporation; and UMPQUA BANK, an  )
   Oregon corporation,               )
3                                     )
                     Defendants.     )
4  _____ )

5      The ex parte application for right to attach order and order

6  for issuance of writ of attachment or in the alternative, for a

7  temporary protective order by plaintiff Travelers Casualty And

8  Surety Company Of America ("Plaintiff") on property of defendants

9  GSJ Company LLC ("GSJ"), Natoma Valley Ridge, LLC ("Natoma"), the

10 Dunmore Family Trust, dated February 24, 1977, as amended ("Dunmore

11 Family Trust"), Sidney D. Dunmore, Jeremy Dunmore and Ruth Dunmore

12 (collectively, "Defendants") having been considered by the Court,

13 and good cause appearing, the Court makes the following findings

14 and order.

15            FINDINGS ON APPLICATION FOR ATTACHMENT

16     Having considered the papers, the Court hereby finds as

17 follows:

18     1.   Attachment is sought to secure recovery on a claim upon

19 which attachment may issue under California Code of Civil Procedure

20 section 483.010.

21     2.   Attachment is sought for no purpose other than the

22 recovery on a claim upon which the attachment is based.

23     3.   The amount to be secured by the attachment is greater

24 than zero.

25     4.   Travelers established the probable validity of all the

26 claims on which the writ of attachment would issue.

27             TEMPORARY PROTECTIVE ORDER

28     Based on the above findings, the Court hereby orders:

1      1.    Travelers has met its burden of demonstrating that unless

2  the Court issues a temporary protective order, as authorized by

3  California Code of Civil Procedure section 486.010, *et seq.*,

4  Travelers will suffer great or irreparable injury.

5      2.    The Court hereby issues a temporary protective order

6  prohibiting Defendants from transferring the property subject to

7  attachment under Code of Civil Procedure section 487.010, described

8  as follows:

9        a.    A lien, pursuant to California Code of Civil

10     Procedure section 491.410, et seq., in any money judgment or

11     settlement proceeds otherwise payable to defendants Natoma

12     Valley Ridge LLC ("Natoma"), GSJ Company, LLC ("GSJ"), Jeremy

13     A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and the Dunmore

14     Family Trust dated February 24, 1977, as amended, in any

15     pending court case, arbitration, mediation, hearing,

16     administrative proceeding, or other proceeding.

17        b.    All of Natoma's and GSJ's corporate property which

18     is subject to attachment pursuant to subdivision (a) of Code

19     of Civil Procedure section 487.010.

20        c.    Any and all interests held by Jeremy A. Dunmore,

21     Sidney D. Dunmore and Ruth Dunmore in accounts receivable,

22     chattel paper, and general intangibles arising out of their

23     conduct of a trade, business or profession, except any such

24     individual claim with a principal balance of less than one

25     hundred fifty dollars ($150).

26        d.    Any and all interests held by Jeremy A. Dunmore,

27     Sidney D. Dunmore and Ruth Dunmore in equipment.

28        e.    Any and all interests held by Jeremy A. Dunmore,

1  Sidney D. Dunmore and Ruth Dunmore in farm products.

2       f.    Any and all interests held by Jeremy A. Dunmore,

3  Sidney D. Dunmore and Ruth Dunmore in inventory.

4       g.    Any and all interests held by Jeremy A. Dunmore,

5  Sidney D. Dunmore and Ruth Dunmore in money on the premises

6  where a trade, business or profession is conducted by the

7  defendant and, except for the first one thousand dollars

8  ($1,000), money located elsewhere than on such premises and

9  deposit accounts.

10      h.    Any and all interests held by Jeremy A. Dunmore,

11 Sidney D. Dunmore and Ruth Dunmore in community property that

12 would be subject to enforcement of judgment in this lawsuit.

13      i.    Any and all interests in real property except

14 leasehold estates with unexpired terms of less than one year

15 of defendants Natoma, GSJ, Jeremy A. Dunmore, Sidney D.

16 Dunmore, Ruth Dunmore and the Dunmore Family Trust dated

17 February 24, 1977, as amended (method of levy provided for by

18 California Code of Civil Procedure, Chapter 8, Article 2,

19 section 488.300, et seq., and sections 700.015 and 700.080)

20 including, but not limited to:

21      j.    Real property described as follows:

22          • Ruth Dunmore's and the Dunmore Family Trust's

23            interests in the real property located in Placer

24            County, APN No. 466-020-046.

25          • Natoma's interest in the real property located in

26            Sacramento County, APN No. 071-0050-011.

27          • Natoma's interest in the real property located in

28            Sacramento County, APN No. 071-0050-018.

4

1  • Natoma's interest in the real property located in
2    Sacramento County, APN No. 071-0050-056.

3  • Natoma's interest in the real property located in
4    Sacramento County, APN No. 071-0050-057.

5  • Sidney D. Dunmore's interest in the real property
6    located in Placer County, APN No. 032-241-024.

7  • GSJ's interest in the real property located in
8    Butte County, APN No. 022-100-014.

9  • GSJ's interest in the real property located in
10   Butte County, APN No. 022-170-009.

11 • GSJ's interest in the real property located in
12   Butte County, APN No. 022-170-065.

13 • GSJ's interest in the real property located in
14   Butte County, APN No. 022-170-078.

15 • GSJ's interest in the real property located in
16   Sacramento County, APN No. 204-0193-059-0000.

17 • GSJ's interest in the real property located in
18   Sacramento County, APN No. 050-0372-001.

19 • GSJ's interest in the real property located in
20   Sacramento County, APN No.050-0372-002.

21 • GSJ's interest in the real property located in
22   Sacramento County, APN No.050-0372-003.

23 • GSJ's interest in the real property located in
24   Sacramento County, APN No.115-0192-031.

25 • GSJ's interest in the real property located in
26   Sacramento County, APN No.115-0192-032.

27 • GSJ's interest in the real property located in
28   Shasta County, APN No. 070-160-044.

1              • GSJ's interest in the real property located in

2                   Shasta County, APN No. 050-270-013.

3         k.    Negotiable documents of title, instruments,

4     securities of defendants Natoma Valley Ridge LLC, GSJ Company,

5     LLC, Jeremy A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and

6     the Dunmore Family Trust dated February 24, 1977, as amended.

7     (Method of levy provided for by California Code of Civil

8     Procedure, Chapter 8, Article 2, section 488.300, et seq., and

9     sections 700.020, 700.110, 700.120, and 700.130.)

10         l.    Any and all right, title and interest of defendants

11     Natoma Valley Ridge LLC, GSJ Company, LLC, Jeremy A. Dunmore,

12     Sidney D. Dunmore, Ruth Dunmore and the Dunmore Family Trust

13     dated February 24, 1977, as amended, in any monies due or to

14     become due under any policy of insurance, including but not

15     limited to claims under any policy of insurance, including but

16     not limited to claims under builder's risk, fire, employee

17     dishonesty or workers' compensation insurance policies,

18     including premium refunds and including the proceeds and

19     products thereof.

20

21     This order shall be personally served on all Defendants

22 pursuant to California Code of Civil Procedure § 486.080.  A

23 hearing on Plaintiff's application for right to attach order and

24 order for issuance of writ of attachment shall be held on January

25 28, 2008 at 9:00 am or shortly thereafter.  Plaintiffs shall be

26 provided notice pursuant to California Code of Civil Procedure §

27 484.040.

28

1   IT IS SO ORDERED.

2

3   Dated:   January 7, 2009                                _____
                                                            JOHN A. MENDEZ,
4                                                           UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28