**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 095654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
STEPHEN K. PARKINSON and SUSAN C. PARKINSON

UNITED STATES DISTRICT COURT

CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NATOMA VALLEY RIDGE, LLC, a California limited liability company, et al.,<br><br>    Defendants.<br>_____ / | NO. 2:08-cv-02715-JAM-JFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and defendants STEPHEN K. PARKINSON and SUSAN C. PARKINSON, by and through their undersigned counsel, that the time for defendants STEPHEN K. PARKINSON and SUSAN C. PARKINSON to respond to the Complaint shall be extended up to and including February 16, 2009.

Dated: _____.                    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.


                                           By_____
                                              Nicholas A. Merrell

1

00649219.WPD   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: _____.                                PORTER SCOTT
                                                      A PROFESSIONAL CORPORATION


                                                      By_____
                                                            Russ J. Wunderli


                                           **ORDER**

        IT IS SO ORDERED.

Dated:   February 6, 2009

                                                      /s/ John A. Mendez_____
                                                      UNITED STATES DISTRICT JUDGE