| | |
|---|---|
| 1 | BENNETT J. LEE, Bar No. 230482<br>NICHOLAS A. MERRELL, Bar No. 240795 |
| 2 | WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br>One Sansome Street, Suite 1050 |
| 3 | San Francisco, CA 94104<br>Telephone: 415-623-7000 |
| 4 | Facsimile: 415-623-7001<br>blee@wthf.com |
| 5 | nmerrell@wthf.com |
| 6 | Attorneys for Plaintiff<br>TRAVELERS CASUALTY AND SURETY |
| 7 | COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| 11 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | Case No. 2:08-cv-02715-JAM-JFM |
| 12 | Plaintiff, | |
| 13 | v. | [PROPOSED] ORDER GRANTING TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S EX PARTE APPLICATION FOR ISSUANCE OF A WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER |
| 14-17 | NATOMA VALLEY RIDGE, LLC, a California limited liability company; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, a California limited liability company; GRANT AVENUE, LLC, a California limited liability company; CREEKSIDE 18, LLC, a California limited liability company; JEREMY A. DUNMORE, an | |
| 18 | individual; SIDNEY D. DUNMORE, an individual; RUTH DUNMORE, an individual; | DATE: February 11, 2009<br>TIME: 9:00 a.m. |
| 19 | CHADY EVETTE DUNMORE, an individual; THOMAS E. MARTIN, an individual; DIANE | COURTROOM # 6 |
| 20-27 | CAROL MARTIN, an individual; STEPHEN K. PARKINSON, an individual; SUSAN C. PARKINSON, an individual; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; RUTH DUNMORE, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; WESTERN SIERRA NATIONAL BANK, a California corporation; WESTERN SIERRA BANCORP, a California corporation; UMPQUA HOLDINGS CORPORATION, an Oregon corporation; and UMPQUA BANK, an Oregon corporation,<br><br>Defendants. | |

1

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACHMENT

On February 11, 2009, the Honorable Judge John A. Mendez heard oral argument on Travelers Casualty And Surety Company of America's ("Plaintiff") application for right to attach order and order for issuance of writ of attachment on property of defendants GSJ Company LLC ("GSJ"), Natoma Valley Ridge, LLC ("Natoma"), the Dunmore Family Trust, dated February 24, 1977, as amended ("Dunmore Family Trust"), Sidney D. Dunmore, Jeremy Dunmore and Ruth Dunmore (collectively, "Defendants"). Bennett J. Lee and Nicholas A. Merrell appeared on behalf of Travelers, and Robert D. Swanson appeared on behalf of Ruth Dunmore and the Dunmore Family Trust. No oppositions were filed, nor appearances made, on behalf of GSJ, Natoma, Sidney D. Dunmore or Jeremy Dunmore. Having considered the papers, and any argument as the Court deems necessary, the Court hereby finds as follows:

## FINDINGS ON APPLICATION FOR ATTACHMENT

1.  Attachment is sought to secure recovery on a claim upon which attachment may issue under California Code of Civil Procedure § 483.010.

2.  Attachment is sought for no purpose other than the recovery on a claim upon which the attachment is based.

3.  The amount to be secured by the attachment is greater than zero.

4.  Travelers established the probable validity of all the claims on which the writ of attachment would issue.

5.  An undertaking in the amount of $10,000 is required before writs shall issue, and as of the date of entry of this Order, Plaintiff has filed an undertaking in that amount.

6.  The properties sought to be attached are properly subject to attachment.

7.  Ruth Dunmore is entitled to a homestead exemption with respect to the real property located in Placer County at 4343 Old Auburn Road, Granite Bay, California, Assessor's Parcel Number 466-020-046. Ruth Dunmore is a person 65 years of age or older. Pursuant to California Code of Civil Procedure § 704.730(a)(3), Ruth Dunmore is therefore entitled to a homestead exemption in the amount of $150,000.

8.  Ruth Dunmore is entitled to an exemption with respect to her Social Security payments in Community 1st Bank, Roseville, California, Account Number 0113102165.

///

## ORDER

Based on the above findings, the Court hereby orders:

1. Plaintiff has a right to attach property of Defendants in the amount of $2,116,798.

2. Travelers having filed an undertaking with the Clerk in the amount of $10,000 (see California Code of Civil Procedure §§ 489.210 and 489.220), the Clerk shall issue a writ of attachment in the amount of $2,116,798 for the property of Defendants subject to attachment under Code of Civil Procedure § 487.010, described as follows:

    a. A lien, pursuant to California Code of Civil Procedure § 491.410, et seq., in any money judgment or settlement proceeds otherwise payable to defendants Natoma Valley Ridge LLC ("Natoma"), GSJ Company, LLC ("GSJ"), Jeremy A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and the Dunmore Family Trust dated February 24, 1977, as amended, in any pending court case, arbitration, mediation, hearing, administrative proceeding, or other proceeding.

    b. All of Natoma's and GSJ's corporate property which is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure section 487.010.

    c. Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in accounts receivable, chattel paper, and general intangibles arising out of their conduct of a trade, business or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150).

    d. Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in equipment.

    e. Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in farm products.

    f. Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in inventory.

    g. Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in money on the premises where a trade, business or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts.

      h.     Any and all interests held by Jeremy A. Dunmore, Sidney D. Dunmore and Ruth Dunmore in community property that would be subject to enforcement of judgment in this lawsuit.

      i.     Any and all interests in real property except leasehold estates with unexpired terms of less than one year of defendants Natoma, GSJ, Jeremy A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and the Dunmore Family Trust dated February 24, 1977, as amended (method of levy provided for by California Code of Civil Procedure, Chapter 8, Article 2, § 488.300, et seq., and §§ 700.015 and 700.080) including, but not limited to:

<u>Real property in California described as follows</u>:

- Ruth Dunmore's and the Dunmore Family Trust's interests in the real property located in Placer County, APN No. 466-020-046.
- Natoma's interest in the real property located in Sacramento County, APN No. 071-0050-011.
- Natoma's interest in the real property located in Sacramento County, APN No. 071-0050-018.
- Natoma's interest in the real property located in Sacramento County, APN No. 071-0050-056.
- Natoma's interest in the real property located in Sacramento County, APN No. 071-0050-057.
- Natoma's interest in the real property located in Sacramento County, APN No. 071-0050-018.
- Sidney D. Dunmore's interest in the real property located in Placer County, APN No. 032-241-024.
- GSJ's interest in the real property located in Butte County, APN No. 022-100-014.
- GSJ's interest in the real property located in Butte County, APN No. 022-170-009.
- GSJ's interest in the real property located in Butte County, APN No. 022-170-065.
- GSJ's interest in the real property located in Butte County, APN No. 022-210-078.
- GSJ's interest in the real property located in Sacramento County, APN No. 204-0193-059-0000.
- GSJ's interest in the real property located in Sacramento County, APN No. 050-0372-001.
- GSJ's interest in the real property located in Sacramento County, APN No. 050-0372-002.
- GSJ's interest in the real property located in Sacramento County, APN No. 050-0372-003.
- GSJ's interest in the real property located in Sacramento County, APN No. 115-0192-031.
- GSJ's interest in the real property located in Sacramento County, APN No. 115-0192-032.
- GSJ's interest in the real property located in Shasta County, APN No. 070-160-044.
- GSJ's interest in the real property located in Shasta County, APN No. 050-270-013.

      j.     Negotiable documents of title, instruments, securities of defendants Natoma Valley Ridge LLC, GSJ Company, LLC, Jeremy A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and the Dunmore Family Trust dated February 24, 1977, as amended. (Method of levy provided for by California

Code of Civil Procedure, Chapter 8, Article 2, § 488.300, et seq., and §§ 700.020, 700.110, 700.120, and 700.130).

        k.        Any and all right, title and interest of defendants Natoma Valley Ridge LLC, GSJ Company, LLC, Jeremy A. Dunmore, Sidney D. Dunmore, Ruth Dunmore and the Dunmore Family Trust dated February 24, 1977, as amended, in any monies due or to become due under any policy of insurance, including but not limited to claims under any policy of insurance, including but not limited to claims under builder's risk, fire, employee dishonesty or workers' compensation insurance policies, including premium refunds and including the proceeds and products thereof.

4.       Travelers' attachment with respect to the real property located in Placer County at 4343 Old Auburn Road, Granite Bay, California, Assessor's Parcel Number 466-020-046, shall be subject to Ruth Dunmore's homestead exemption of $150,000 and California Code of Civil Procedure § 487.025.

5.       Pursuant to California Code of Civil Procedure §§ 704.080(b)(2) and 704.080(c), Social Security payments deposited into Ruth Dunmore's Bank Account at Community 1st Bank in Roseville, California, Account Number 0113102165, are exempt from attachment.

IT IS SO ORDERED.

Dated: 3-6-2009

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE