IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,    Case No. 2:08-cv-02715 JAM JFM

    Plaintiff,

  vs.    ORDER

NATOMA VALLEY RIDGE, LLC,
a California limited liability company;
et al.,

    Defendants.
_____/

    Plaintiff's motion for entry of default judgment came on for hearing on June 4, 2009. Nicolas Merrell appeared telephonically for plaintiff. No appearance was made for any defendant. Defendant Natoma Valley Ridge, LLC, entered an appearance the night before that is subject to a Clerk's Entry of Default entered April 20, 2009. (Docket No. 77.) This court will defer plaintiff's motion for default judgment for a period of ten days to see whether any party will seek relief from the existing default. IT IS HEREBY ORDERED that ruling on plaintiff's motion for default judgment is deferred for ten days.

DATED: June 4, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

/travelers.o