1  BENNETT J. LEE, Bar No. 230482
   NICHOLAS A. MERRELL, Bar No. 240795
2  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
   One Sansome Street, Suite 1050
3  San Francisco, CA  94104
   Telephone:    415-623-7000
4  Facsimile:    415-623-7001
   blee@wthf.com
5  nmerrell@wthf.com

6  Attorneys for Plaintiff
   TRAVELERS CASUALTY AND SURETY
7  COMPANY OF AMERICA

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10
                     SACRAMENTO DIVISION
11

12

13  TRAVELERS CASUALTY AND SURETY        Case No.  2:08-cv-02715-JAM-JFM
    COMPANY OF AMERICA,
14                 Plaintiff,            **ORDER GRANTING LEAVE TO
                                         SUBSTITUTE RUTH DUNMORE AS
15  v.                                   TRUSTEE FOR THE DUNMORE
                                         FAMILY TRUST DATED FEBRUARY
16  NATOMA VALLEY RIDGE, LLC, a          24, 1977, AS AMENDED**
    California limited liability company; GSJ
17  COMPANY, LLC dba DUNMORE
    COMMUNITIES, a California limited
18  liability company; GRANT AVENUE, LLC,   Judge John A. Mendez
    a California limited liability company;
19  CREEKSIDE 18, LLC, a California limited   Magistrate Judge John F. Moulds
    liability company; JEREMY A. DUNMORE,
20  an individual; SIDNEY D. DUNMORE, an
    individual; RUTH DUNMORE, an
21  individual; CHADY EVETTE DUNMORE,
    an individual; THOMAS E. MARTIN, an
22  individual; DIANE CAROL MARTIN, an
    individual; STEPHEN K. PARKINSON, an
23  individual; SUSAN C. PARKINSON, an
    individual; GSJ COMPANY, LLC dba
24  DUNMORE COMMUNITIES, as trustee, for
    THE DUNMORE FAMILY TRUST dated
25  February 24, 1977, as amended; RUTH
    DUNMORE, as trustee, for THE
26  DUNMORE FAMILY TRUST dated
    February 24, 1977, as amended; WESTERN
27  SIERRA NATIONAL BANK, a California
    corporation; WESTERN SIERRA
28  BANCORP, a California corporation;

---

[PROPOSED] ORDER GRANTING LEAVE TO SUBSTITUTE RUTH DUNMORE
AS TRUSTEE FOR THE DUNMORE FAMILY TRUST
CASE NO. 2:08-cv-02715-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

UMPQUA HOLDINGS CORPORATION, an Oregon corporation; and UMPQUA BANK, an Oregon corporation, GSJ COMPANY, LP, a California limited partnership, DUNMAR, LLC, a California limited liability company, FAIR OAKS VILLAGE, LLC, a California limited liability company, SIBLEY SQUARE, LLC, a California limited liability company, PENRYN COUNTRY ESTATES, LLC, a California limited liability company, HILLGATE ESTATES, LLC, a California limited liability company, STEVENSON AVENUE, LLC, a California limited liability company, SHASTA OAK COURT, LLC, a California limited liability company,

Defendants.

## ORDER

A party may amend its pleading with written consent of the adverse party. Fed. R. Civ. P. 15(a). Travelers Casualty and Surety Company of America ("Travelers") and Defendants Ruth Dunmore and the Dunmore Family Trust dated February 26, 1977, as amended ("Dunmore Family Trust"), have stipulated to grant Travelers leave to amend its First Amended Complaint by substituting Ruth Dunmore in place of Catherine Van Earp as trustee for the Dunmore Family Trust. Accordingly, Travelers' Second Amended Complaint set forth as Exhibit "A" to the Stipulation Granting Leave to Substitute Ruth Dunmore as Trustee for The Dunmore Family Trust Dated February 27, 1977, as Amended, shall be deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

Dated: June 11, 2009          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING LEAVE TO SUBSTITUTE RUTH DUNMORE
AS TRUSTEE FOR THE DUNMORE FAMILY TRUST
CASE NO. 2:08-cv-02715-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com