UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,                        NO. CIV. 08-2715 JAM JFM

         Plaintiff,

v.

NATOMA VALLEY RIDGE, LLC, ET
AL.,
                                           RELATED CASE ORDER
         Defendants._____
_____/


TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,
                                           NO. CIV. 09-2147 WBS GGH
         Plaintiff,

     v.

THOMAS E. MARTIN, ET AL.,
_____
         Defendants._____
_____/

----oo0oo----

         Examination of the above-entitled actions reveals that

these actions are related within the meaning of Local Rule 83-

123(a) because they involve the same plaintiff and two of the

1

same defendants.  Both cases also involve substantially similar factual allegations concerning plaintiff's rights under indemnity agreements allegedly entered into by the parties.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Travelers Casualty and Surety Company of America v. Natoma Valley Ridge, LLC, et al., Civ. No. 08-2715 JAM JFM, and Travelers Casualty and Surety Company of America v. Thomas Martin, et al., Civ. No. 09-2147 WBS GGH, be, and the same hereby are, deemed related, and the case denominated Travelers Casualty and Surety Company of America v. Thomas E. Martin, et al., Civ. No. 09-2147 WBS GGH, shall be reassigned to the Honorable JOHN A. MENDEZ and Magistrate Judge John F. Moulds for all further proceedings.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Travelers Casualty and Surety Company of America v. Thomas Martin, et al., Civ. No. 09-2147 JAM JFM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to

2

1  compensate for this reassignment.

2  DATED: August 6, 2009

3

4                                        /s/ John A. Mendez

5  _____     U. S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28