| | |
|---|---|
| 1 | BENNETT J. LEE, Bar No. 230482 |
| | NICHOLAS A. MERRELL, Bar No. 240795 |
| 2 | WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. |
| | 333 Bush Street, Suite 1500 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415-623-7000 |
| 4 | Facsimile: 415-623-7001 |
| | blee@wthf.com |
| 5 | nmerrell@wthf.com |
| 6 | Attorneys for Plaintiff |
| | TRAVELERS CASUALTY AND SURETY |
| 7 | COMPANY OF AMERICA |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATOMA VALLEY RIDGE, LLC, a California limited liability company; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, a California limited liability company; GRANT AVENUE, LLC, a California limited liability company; CREEKSIDE 18, LLC, a California limited liability company; JEREMY A. DUNMORE, an individual; SIDNEY D. DUNMORE, an individual; RUTH DUNMORE, an individual; CHADY EVETTE DUNMORE, an individual; THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; STEPHEN K. PARKINSON, an individual; SUSAN C. PARKINSON, an individual; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; RUTH DUNMORE, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; WESTERN SIERRA NATIONAL BANK, a California corporation; WESTERN SIERRA BANCORP, a California corporation; UMPQUA HOLDINGS CORPORATION, an Oregon corporation; and UMPQUA BANK, an Oregon corporation, GSJ COMPANY, LP, a California limited partnership, DUNMAR, LLC, a California limited liability company, FAIR | Case No. 2:08-cv-02715-JAM-JFM [lead case]<br><br>**STIPULATION TO RESCHEDULE HEARING AND ORDER**<br><br><u>Hearing Information</u><br><br>Date: March 17, 2010<br>Time: 9:30 a.m.<br>Courtroom: 6<br><br>The Honorable Judge John A. Mendez |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| OAKS VILLAGE, LLC, a California limited liability company, SIBLEY SQUARE, LLC, a California limited liability company, PENRYN COUNTRY ESTATES, LLC, a California limited liability company, Hillgate Estates, LLC, a California limited liability company, STEVENSON AVENUE, LLC, a California limited liability company, SHASTA OAK COURT, LLC, a California limited liability company,<br><br>  Defendants. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; THOMAS E. MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; DIANE CAROL MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; BARBERRY LANE, LLC, a California limited liability company; EVAN ESTATES, LLC, a California limited liability company; GV INVESTMENTS, LLC, a California limited liability company; LAKERIDGE COTTAGES, LLC, a California limited liability company; PINE GROVE, LLC, a California limited liability company; STEVENSON AVENUE, LLC, a California limited liability company; TDM INVESTMENTS, LLC, a California limited liability company; and DOES 1-20.<br><br>  Defendants. | Case No. 2:09-CV-02147-JAM-JFM |

**WHEREAS** Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Plaintiff") has noticed a Motion for Summary Judgment as against Defendants WESTERN SIERRA NATIONAL BANK, WESTERN SIERRA BANCORP, UMPQUA HOLDINGS CORPORATION and UMPQUA BANK (collectively "Umpqua"), which is set for hearing on March 17, 2010 at 9:30 a.m. in Courtroom 6 of the above-captioned court;

2

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** Plaintiff and Umpqua are actively attempting to reach a resolution of the claims and disputes between them, which will be significantly hindered if the aforementioned Motion for Summary Judgment remains set for hearing on March 17, 2010;

**WHEREAS** counsel for Plaintiff and Umpqua have met and conferred and agree that rescheduling the hearing for Plaintiff's Motion for Summary Judgment to a later date would allow Plaintiff and Umpqua to continue their efforts to resolve their claims and disputes between them;

**WHEREAS** if Plaintiff and Umpqua are able to resolve the claims and disputes between them, the Motion for Summary Judgment would be rendered moot;

**WHEREAS** the clerk for the Honorable Judge John A. Mendez has advised that the next available date for a hearing on a Motion for Summary Judgment before the Honorable Judge John A. Mendez would be May 5, 2010;

**THEREFORE,** counsel for Plaintiff and Umpqua stipulate as follows: to vacated the hearing on Plaintiff's Motion for Summary Judgment currently set for March 17, 2010, and reschedule the hearing to May 5, 2010, or such later date as is convenient for the Court.

February 24, 2010

/s/ Nicholas A. Merrell
NICHOLAS A. MERRELL
Counsel for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

February 24, 2010

/s/ Darrell C. Martin
DARRELL C. MARTIN
Counsel for Defendants WESTERN SIERRA NATIONAL BANK, WESTERN SIERRA BANCORP, UMPQUA HOLDINGS CORPORATION and UMPQUA BANK

3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiff's Motion for Summary Judgment which is currently scheduled for March 17, 2010 is hereby **VACATED AND RESCHEDULED** for May 5, 2010 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern District of California;

2. All filing deadlines for (1) any opposition to the Motion for Summary Judgment, and/or (2) any reply brief in support of the Motion for Summary Judgment shall be governed by the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the Eastern District of California, and based upon the new hearing date of May 5, 2010.

DATED: February 25, 2010
/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com