1  BENNETT J. LEE, Bar No. 230482
   NICHOLAS A. MERRELL, Bar No. 240795
2  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, CA  94104
   Telephone:    415-623-7000
4  Facsimile:    415-623-7001
   blee@wthf.com
5  nmerrell@wthf.com

6  Attorneys for Plaintiff
   TRAVELERS CASUALTY AND SURETY
7  COMPANY OF AMERICA

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 TRAVELERS   CASUALTY   AND   SURETY          Case No.  2:08-cv-02715-JAM-JFM [lead
   COMPANY    OF    AMERICA,   a   Connecticut   case]
12 corporation,
                                                 **STIPULATION TO RESCHEDULE
13          Plaintiff,                           HEARING AND ORDER**

14          v.
                                                 Hearing Information
15 NATOMA VALLEY RIDGE, LLC, a California
   limited liability company; GSJ COMPANY, LLC   Date:          June 2, 2010
16 dba DUNMORE COMMUNITIES, a California          Time:          9:30 a.m.
   limited liability company; GRANT AVENUE,      Courtroom:     6
17 LLC, a California limited liability company;
   CREEKSIDE 18, LLC, a California limited        The Honorable Judge John A. Mendez
18 liability company; JEREMY A. DUNMORE, an
   individual;    SIDNEY   D.   DUNMORE,   an
19 individual; RUTH DUNMORE, an individual;
   CHADY EVETTE DUNMORE, an individual;
20 THOMAS E. MARTIN, an individual; DIANE
   CAROL MARTIN, an individual; STEPHEN K.
21 PARKINSON,    an    individual;   SUSAN   C.
   PARKINSON, an individual; GSJ COMPANY,
22 LLC dba DUNMORE COMMUNITIES, as
   trustee, for THE DUNMORE FAMILY TRUST
23 dated February 24, 1977, as amended; RUTH
   DUNMORE, as trustee, for THE DUNMORE
24 FAMILY TRUST dated February 24, 1977, as
   amended; WESTERN SIERRA NATIONAL
25 BANK, a California corporation; WESTERN
   SIERRA BANCORP, a California corporation;
26 UMPQUA HOLDINGS CORPORATION, an
   Oregon corporation; and UMPQUA BANK, an
27 Oregon corporation, GSJ COMPANY, LP, a
   California limited partnership, DUNMAR, LLC,
28 a California limited liability company,  FAIR
   OAKS VILLAGE, LLC, a California limited

                                   1

PDF created with pdfFactory trial version www.pdffactory.com

1  liability company, SIBLEY SQUARE, LLC, a
California limited liability company, PENRYN
2  COUNTRY ESTATES, LLC, a California
limited liability company, Hillgate Estates, LLC,
3  a California limited liability company,
STEVENSON AVENUE, LLC, a California
4  limited liability company, SHASTA OAK
COURT, LLC, a California limited liability
5  company,

6       Defendants.

7  TRAVELERS CASUALTY AND SURETY            Case No.  2:09-CV-02147-JAM-JFM
COMPANY OF AMERICA, a Connecticut
8  corporation,

9       Plaintiff,

10      v.

11 THOMAS E. MARTIN, an individual; DIANE
CAROL MARTIN, an individual; THOMAS E.
12 MARTIN, as trustee for the THOMAS E.
MARTIN TRUST, established December 26,
13 2002; DIANE CAROL MARTIN, as trustee for
the THOMAS E. MARTIN TRUST, established
14 December 26, 2002; BARBERRY LANE, LLC, a
California limited liability company; EVAN
15 ESTATES, LLC, a California limited liability
company; GV INVESTMENTS, LLC, a
16 California limited liability company;
LAKERIDGE COTTAGES, LLC, a California
17 limited liability company; PINE GROVE, LLC, a
California limited liability company;
18 STEVENSON AVENUE, LLC, a California
limited liability company; TDM
19 INVESTMENTS, LLC, a California limited
liability company; and DOES 1-20.
20
21      Defendants.

22

23      **WHEREAS** Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

24 ("Plaintiff") has noticed a Motion for Summary Judgment as against Defendants WESTERN SIERRA

25 NATIONAL BANK, WESTERN SIERRA BANCORP,UMPQUA HOLDINGS CORPORATION and

26 UMPQUA BANK (collectively "Umpqua"), which is set for hearing on June 2, 2010 at 9:30 a.m. in

27 Courtroom 6 of the above-captioned court;

28

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** Plaintiff and Umpqua are actively attempting to reach a resolution of the claims and disputes between them, which will be significantly hindered if the aforementioned Motion for Summary Judgment remains set for hearing on June 2, 2010;

**WHEREAS** counsel for Plaintiff and Umpqua have met and conferred and agree that rescheduling the hearing for Plaintiff's Motion for Summary Judgment to a later date would allow Plaintiff and Umpqua to continue their efforts to resolve their claims and disputes between them;

**WHEREAS** if Plaintiff and Umpqua are able to resolve the claims and disputes between them, the Motion for Summary Judgment would be rendered moot;

**WHEREAS** the clerk for the Honorable Judge John A. Mendez has advised that the next available date for a hearing on a Motion for Summary Judgment before the Honorable Judge John A. Mendez would be July 21, 2010;

**THEREFORE,** counsel for Plaintiff and Umpqua stipulate as follows: to vacated the hearing on Plaintiff's Motion for Summary Judgment currently set for June 2, 2010, and reschedule the hearing to July 21, 2010, or such later date as is convenient for the Court.

May 14, 2010

 /s/ Nicholas A. Merrell
NICHOLAS A. MERRELL
Counsel for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

May 14, 2010

 /s/ Darrell C. Martin
DARRELL C. MARTIN
Counsel for Defendants WESTERN SIERRA NATIONAL BANK, WESTERN SIERRA BANCORP, UMPQUA HOLDINGS CORPORATION and UMPQUA BANK

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS HEREBY ORDERED as follows:

1.     The hearing on Plaintiff's Motion for Summary Judgment which is currently scheduled for June 2, 2010 is hereby **VACATED AND RESCHEDULED** for July 21, 2010 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern District of California;

2.     All filing deadlines for (1) any opposition to the Motion for Summary Judgment, and/or (2) any reply brief in support of the Motion for Summary Judgment shall be governed by the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the Eastern District of California, and based upon the new hearing date of July 21, 2010.

DATED:   May 17, 2010            /s/ John A. Mendez_____
                                       JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com