BENNETT J. LEE, Bar No. 230482
NICHOLAS A. MERRELL, Bar No. 240795
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA  94104
Telephone:     415-623-7000
Facsimile:      415-623-7001
blee@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATOMA VALLEY RIDGE, LLC, a California limited liability company; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, a California limited liability company; GRANT AVENUE, LLC, a California limited liability company; CREEKSIDE 18, LLC, a California limited liability company; JEREMY A. DUNMORE, an individual; SIDNEY D. DUNMORE, an individual; RUTH DUNMORE, an individual; CHADY EVETTE DUNMORE, an individual; THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; STEPHEN K. PARKINSON, an individual; SUSAN C. PARKINSON, an individual; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; RUTH DUNMORE, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; WESTERN SIERRA NATIONAL BANK, a California corporation; WESTERN SIERRA BANCORP, a California corporation; UMPQUA HOLDINGS CORPORATION, an Oregon corporation; and UMPQUA BANK, an Oregon corporation, GSJ COMPANY, LP, a California limited partnership, DUNMAR, LLC, a California limited liability company,  FAIR OAKS VILLAGE, LLC, a California limited | Case No.  2:08-cv-02715-JAM-JFM [lead case]<br><br>**STIPULATION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>Hearing Information<br><br>Date:             July 21, 2010<br>Time:            9:30 a.m.<br>Courtroom:    6<br><br>The Honorable Judge John A. Mendez |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| liability company, SIBLEY SQUARE, LLC, a California limited liability company, PENRYN COUNTRY ESTATES, LLC, a California limited liability company, Hillgate Estates, LLC, a California limited liability company, STEVENSON AVENUE, LLC, a California limited liability company, SHASTA OAK COURT, LLC, a California limited liability company, | |
| Defendants. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | Case No. 2:09-CV-02147-JAM-JFM |
| Plaintiff, | |
| v. | |
| THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; THOMAS E. MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; DIANE CAROL MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; BARBERRY LANE, LLC, a California limited liability company; EVAN ESTATES, LLC, a California limited liability company; GV INVESTMENTS, LLC, a California limited liability company; LAKERIDGE COTTAGES, LLC, a California limited liability company; PINE GROVE, LLC, a California limited liability company; STEVENSON AVENUE, LLC, a California limited liability company; TDM INVESTMENTS, LLC, a California limited liability company; and DOES 1-20. | |
| Defendants. | |

**WHEREAS** Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Plaintiff") has noticed a Motion for Summary Judgment as against Defendants WESTERN SIERRA NATIONAL BANK, WESTERN SIERRA BANCORP, UMPQUA HOLDINGS CORPORATION and UMPQUA BANK (collectively "Umpqua"), which is set for hearing on July 21, 2010 at 9:30 a.m. in Courtroom 6 of the above-captioned court;

2

PDF created with pdfFactory trial version www.pdffactory.com

1 **WHEREAS** Plaintiff and Umpqua have reached or will soon reach a conditional settlement;

2 **WHEREAS** counsel for Plaintiff and Umpqua have met and conferred and agree that withdrawal of Plaintiff's Motion for Summary Judgment without prejudice will allow Plaintiff and Umpqua to continue their efforts to resolve their claims and disputes between them;

**WHEREAS** if Plaintiff and Umpqua are able to resolve the claims and disputes between them, the Motion for Summary Judgment would be rendered moot;

**THEREFORE,** counsel for Plaintiff and Umpqua stipulate that the hearing to July 21, 2010 should be vacated without prejudice to Plaintiff's right to file another Motion for Summary Judgment against Umpqua.

June 24, 2010

 /s/ Nicholas A. Merrell  
NICHOLAS A. MERRELL  
Counsel for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

June 24, 2010

 /s/ Darrell C. Martin  
DARRELL C. MARTIN  
Counsel for Defendants WESTERN SIERRA NATIONAL BANK, WESTERN SIERRA BANCORP, UMPQUA HOLDINGS CORPORATION and UMPQUA BANK

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiff's Motion for Summary Judgment which is currently scheduled for July 21, 2010 is hereby **VACATED**;

2. This order is without prejudice to Plaintiff's right to file another Motion for Summary Judgment against Western Sierra National Bank, Western Sierra Bancorp, Umpqua Holdings Corporation or Umpqua Bank.

DATED: June 24, 2010    /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com