1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRAVELERS CASUALTY AND SURETY
     COMPANY OF AMERICA, a Connecticut
11   corporation,

12              Plaintiff,                              No. CIV S-08-2715 KJM-KJN

13        vs.

14   NATOMA VALLEY RIDGE, LLC, a
     California limited liability company; et al.,
15
                Defendants.                            ORDER
16   _____/

17          The undersigned hereby recuses herself from this action under 28 U.S.C.

18   § 455(a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

19   randomly refer this case to another district judge for any further proceedings that may be

20   appropriate or required.  All dates set in the above-entitled action before the undersigned are

21   hereby vacated.

22   DATED:  April 20, 2011.

23

24                                              UNITED STATES DISTRICT JUDGE

25

26