BENNETT J. LEE, Bar No. 230482
NICHOLAS A. MERRELL, Bar No. 240795
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA  94104
Telephone:     415-623-7000
Facsimile:      415-623-7001
blee@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATOMA VALLEY RIDGE, LLC, a California limited liability company; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, a California limited liability company; GRANT AVENUE, LLC, a California limited liability company; CREEKSIDE 18, LLC, a California limited liability company; JEREMY A. DUNMORE, an individual; SIDNEY D. DUNMORE, an individual; RUTH DUNMORE, an individual; CHADY EVETTE DUNMORE, an individual; THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; STEPHEN K. PARKINSON, an individual; SUSAN C. PARKINSON, an individual; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; RUTH DUNMORE, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; WESTERN SIERRA NATIONAL BANK, a California corporation; WESTERN SIERRA BANCORP, a California corporation; UMPQUA HOLDINGS CORPORATION, an | Case No.  2:08-cv-02715-JAM-KJN [lead case]<br><br>**ORDER DISMISSING ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS:**<br><br>**(1) WESTERN SIERRA NATIONAL BANK;**<br><br>**(2) WESTERN SIERRA BANCORP;**<br><br>**(3) UMPQUA HOLDINGS CORPORATION; AND**<br><br>**(4) UMPQUA BANK** |

PDF created with pdfFactory trial version www.pdffactory.com

Oregon corporation; and UMPQUA BANK, an Oregon corporation, GSJ COMPANY, LP, a California limited partnership, DUNMAR, LLC, a California limited liability company, FAIR OAKS VILLAGE, LLC, a California limited liability company, SIBLEY SQUARE, LLC, a California limited liability company, PENRYN COUNTRY ESTATES, LLC, a California limited liability company, HILLGATE ESTATES, LLC, a California limited liability company, STEVENSON AVENUE, LLC, a California limited liability company, SHASTA OAK COURT, LLC, a California limited liability company,

Defendants.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; THOMAS E. MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; DIANE CAROL MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; BARBERRY LANE, LLC, a California limited liability company; EVAN ESTATES, LLC, a California limited liability company; GV INVESTMENTS, LLC, a California limited liability company; LAKERIDGE COTTAGES, LLC, a California limited liability company; PINE GROVE, LLC, a California limited liability company; STEVENSON AVENUE, LLC, a California limited liability company; TDM INVESTMENTS, LLC, a California limited liability company; and DOES 1-20.

Defendants.

Case No.  2:09-CV-02147-JAM-JFM

- 2 -

[PROPOSED] ORDER FOR DISMISSAL OF UMPQUA DEFENDANTS

PDF created with pdfFactory trial version www.pdffactory.com

For good cause shown and pursuant to the stipulation between Plaintiff Travelers Casualty and Surety Company of America and Defendants Western Sierra National Bank, Western Sierra Bancorp, Umpqua Holdings Corporation and Umpqua Bank, IT IS HEREBY ORDERED:

All causes of action against Defendants Western Sierra National Bank, Western Sierra Bancorp, Umpqua Holdings Corporation and Umpqua Bank are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**,

Dated:  12/30/2011_____

/s/ John A. Mendez_____
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com