1  BENNETT J. LEE, Bar No. 230482
   NICHOLAS A. MERRELL, Bar No. 240795
2  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, CA  94104
   Telephone:    415-623-7000
4  Facsimile:    415-623-7001
   blee@wthf.com
5  nmerrell@wthf.com

6  Attorneys for Plaintiff
   TRAVELERS CASUALTY AND SURETY
7  COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| 11  TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>13                              Plaintiff,<br><br>14  v.<br><br>15  NATOMA VALLEY RIDGE, LLC, a California limited liability company; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, a California limited liability company; GRANT AVENUE, LLC, a California limited liability company; CREEKSIDE 18, LLC, a California limited liability company; JEREMY A. DUNMORE, an individual;  SIDNEY D. DUNMORE, an individual;  RUTH DUNMORE, an individual; CHADY EVETTE DUNMORE, an individual; THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; STEPHEN K. PARKINSON, an individual; SUSAN C. PARKINSON, an individual; GSJ COMPANY, LLC dba DUNMORE COMMUNITIES, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended; RUTH DUNMORE, as trustee, for THE DUNMORE FAMILY TRUST dated February 24, 1977, as amended;  WESTERN SIERRA NATIONAL BANK, a California corporation;  WESTERN SIERRA BANCORP, a California corporation; UMPQUA HOLDINGS CORPORATION, an Oregon corporation; and UMPQUA BANK, an Oregon corporation, GSJ COMPANY, LP, | Case No.  2:08-cv-02715-JAM-JFM [lead case]<br><br>**JUDGMENT ENTERED AGAINST DEFENDANTS THOMAS E. MARTIN, THOMAS E. MARTIN, AS TRUSTEE FOR THE THOMAS E. MARTIN TRUST, ESTABLISHED DECEMBER 26, 2002 AND GV INVESTMENTS, LLC** |

1

JUDGMENT

a California limited partnership, DUNMAR, LLC, a California limited liability company, FAIR OAKS VILLAGE, LLC, a California limited liability company, SIBLEY SQUARE, LLC, a California limited liability company, PENRYN COUNTRY ESTATES, LLC, a California limited liability company, HILLGATE ESTATES, LLC, a California limited liability company, STEVENSON AVENUE, LLC, a California limited liability company, SHASTA OAK COURT, LLC, a California limited liability company,

    Defendants.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Plaintiff,

v.

THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; THOMAS E. MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; DIANE CAROL MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; BARBERRY LANE, LLC, a California limited liability company; EVAN ESTATES, LLC, a California limited liability company; GV INVESTMENTS, LLC, a California limited liability company; LAKERIDGE COTTAGES, LLC, a California limited liability company; PINE GROVE, LLC, a California limited liability company; STEVENSON AVENUE, LLC, a California limited liability company; TDM INVESTMENTS, LLC, a California limited liability company; and DOES 1-20.

    Defendants.

Case No.  2:09-CV-02147-JAM-JFM

WHEREAS, Plaintiff Travelers Casualty and Surety Company of America ("Travelers"), on the one hand, and Defendants Thomas E. Martin, Thomas E. Martin as trustee for the Thomas E. Martin Trust dated December 26, 2002, and GV Investments, LLC ("Settling Defendants") on the other hand, have filed with the Court a Stipulated Judgment ("Stipulated Judgment"); and

2

JUDGMENT

WHEREAS, the Stipulated Judgment provides that a judgment shall issue by this Court against Settling Defendants in the form and substance as this Judgment;

NOW, THEREFORE, based upon the statements and presentments of the Parties as set forth in the Stipulated Judgment, IT IS ORDERED, ADJUDGED and DECREED as FOLLOWS:

1.      Judgment is hereby entered in favor of Plaintiff Travelers Casualty and Surety Company of America against Defendants Thomas E. Martin, Thomas E. Martin as trustee for the Thomas E. Martin Trust dated December 26, 2002, and GV Investments, LLC, jointly and severally, in the amount of One Hundred Thousand Dollars And Zero Cents ($100,000.00);

2.      Interest on the principal Judgment sum of One Hundred Thousand Dollars And Zero Cents ($100,000.00) shall accrue at the Federal rate pursuant to 28 U.S.C. § 1961 from the date of recordation of the abstract of judgment;

3.      Settling Defendants shall take nothing from Plaintiff Travelers;

4.      The Thomas E. Martin Trust dated December 26, 2002 is, and has at all times relevant to this lawsuit been, a revocable trust under California law.  As such, this Judgment in Case No. in Case No. 2:08-cv-02715-JAM-JFM against Thomas E. Martin is hereby enforceable against the Thomas E. Martin Trust dated December 26, 2002, and, as set forth above, the Judgment is also directly entered against Defendant Thomas E. Martin as trustee for the Thomas E. Martin Trust dated December 26, 2002; and

5.      Pursuant to Code of Civil Procedure section 697.020, the judgment lien created in favor of Travelers pursuant to this Judgment shall perfect and relate back to the Travelers' attachment liens previously issued in this action and therefore have the same lien priority as Travelers' attachment liens.

IT IS SO ORDERED.


Dated:  9/21/2012                                    /s/ John A. Mendez_____
                                                             JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE